UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-20-BO-1

| UNITED STATES OF AMERICA | ORDER GRANTING MOTION FOR SENTENCING HEARING AT TIME OF ARRAIGNMENT DURING THE COURT'S NEXT TERM |
|---|---|
| v. | |
| SCOTT ALEXANDER KNIGHT | |

The Court hereby GRANTS Defendant Scott Knight's Motion for Sentencing at the Time of Arraignment and sets the arraignment and sentencing for _April 5 at 3 PM in Raleigh_.

The Presentence Investigation and Presentence Report are waived.

This the _22_ day of March, 2018.

_____
TERRENCE W. BOYLE
U.S. DISTRICT COURT JUDGE